IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

FILED
OCT 21 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

MARILYN EVANS, )
)
        Plaintiff, )
)
vs. ) Case No. 01-CV-0920(C)
)
FEDERAL EXPRESS CORPORATION, )
)
        Defendant. )

**ORDER**

On September 16, 2002, defendant filed a motion for summary judgment. A review of the file in this case reveals that the plaintiff has not submitted a response to defendant's motion and that the time for filing a timely response has passed. The Local Rules of this Court provide that "[r]esponse briefs shall be filed within fifteen (15) days after the filing of the motion. Failure to timely respond will authorize the court, in its discretion, to deem the matter confessed, and enter the relief requested." N.D. LR 7.1(C).

Defendant's motion is hereby GRANTED.

IT IS SO ORDERED this 21st day of October, 2002.

_____
HONORABLE H. DALE COOK
Senior United States District Judge